**Order entered January 31, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01086-CV

### CITY OF DALLAS, Appellant

### V.

### MARKO PRINCIP, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-00202-B**

## ORDER

Before the Court is appellant's January 30, 2018 unopposed motion for an extension of

time to file a reply brief.  We **GRANT** the motion and extend the time to **February 20, 2018**.


/s/     ADA BROWN
JUSTICE